**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ORDUNA, ) | NO. SACV 06-00167-AG (MAN) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| J. SALAZAR, Warden, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 25, 2010.

                                         ANDREW J. GUILFORD
                                         UNITED STATES DISTRICT JUDGE